UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY AGUILERA<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No.  3:06-cv-5579-KLS<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

　　　Based on the Stipulation between the parties, it is hereby ORDERED that Defendant shall have up to and including April 12, 2007, to file Defendant's responsive brief, and Plaintiff shall have up to and including April 30, 2007, to file a reply brief.

///

Page 1　　　ORDER - [3:06-cv-5579-KLS]

1  DATED this 12th day of March, 2007.

2

3  *[signature]*

4  Karen L. Strombom

5  United States Magistrate Judge

6

7

8

9

10 Presented by:

11 s/ RICHARD M. RODRIGUEZ
   Special Assistant U.S. Attorney
12 Office of the General Counsel
13 701 Fifth Avenue, Suite 2900 MS/901
   Seattle, Washington 98105-7075
14 Telephone:  (206) 615-3748
15 FAX:  (206) 615-2531
   Richard.Rodriguez@ssa.gov
16

17

18

19

20

21

22

23

24

25

26

27

28 Page 2    ORDER - [3:06-cv-5579-KLS]