UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY M. AGUILERA, | Civil No. 3:06-cv-5579-KLS |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) evaluate the opinion of Dr. Conway and explain the weight given; 2) re-evaluate the opinion of Dr. Meharg and explain the weight given; 3) consider all the lay witness statements including the opinions of Allan Volman and Brent Francisco, in accordance with SSR 06-3p; 4) re-evaluate Plaintiff's credibility pursuant to SSR 96-7p; 5) re-evaluate Plaintiff's residual functional capacity

Page 1 Order for Remand        [3:06-cv-5579-KLS]

pursuant to SSR 96-8p; 5) upon the expanded record, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base; and 6) consolidate Plaintiff's new claim filed on February 9, 2006, with this case and issue a new decision.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 27th day of March, 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2 Order for Remand        [3:06-cv-5579-KLS]