# United States District Court

WESTERN DISTRICT OF WASHINGTON

EMILY M. AGUILERA

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C06-5579KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Based on the stipulation of the parties, this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. sec. 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under EAJA, 28 U.S.C. sec. 2412 (a),(d).

March 28, 2007

BRUCE RIFKIN
Clerk

/s/Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk