UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY M. AGUILERA,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:06-CV-5579-KLS<br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,147.70 and expenses in the amount of $47.66, for a total of $4,195.36, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that costs in the amount of $362.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office: Attention Teal M. Parham, Springer,

Page 1             ORDER - [3:06-CV-5579-KLS]

Norman, & Workman, P.O. Box 757, Longview, Washington 98632-7490. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 26th day of June, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
richard.rodriguez@ssa.gov

Page 2          ORDER - [3:06-CV-5579-KLS]